THE BROOKLYN SAVINGS BANK, Plaintiff, Appellant, v. ANN-GOLD REALTY CORPORATION, Respondent; MORTIMER STEINFELS, Receiver, Appellant.— Motion for

reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hagarty, Carswell, Tompkins and Davis, JJ.